[No. 34176-3-III.   Division Three.   June 15, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 15-1-00277-4, David A. Elofson, J., entered February 25, 2016. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 34223-9-III.   Division Three.   June 15, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO G. RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-01651-3, Harold D. Clarke III, J., entered February 29, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 34725-7-III.   Division Three.   June 15, 2017.]

*In the Matter of the Parental Rights to* F.M.O.

Appeal from a judgment of the Superior Court for Okanogan County, No. 14-7-00095-2, Christopher E. Culp, J., entered August 31, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.